**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 520 MAL 2022 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 282 MDA 2021, at 284 A.3d 227 |
| | : (Pa. Super. 2022) entered on |
| RICHARD ALEKSANDR MOROZ, | : October 4, 2022, **vacating and** |
| | : **remanding** the Judgment of |
| Petitioner | : Sentence of the Centre County |
| | : Court of Common Pleas at No. CP- |
| | : 14-CR-0001515-2019 entered on |
| | : February 4, 2021 |

## <u>ORDER</u>

**PER CURIAM**                                                              **DECIDED: June 27, 2025**

**AND NOW**, this 27th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the case is **REMANDED** to that court for reconsideration in light of *Commonwealth v. Shifflett*, 2025 WL 1554603 (Pa. filed May 30, 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.